STATE of Missouri, Respondent,

v.

**Shawnell LAWSON, Appellant.**

**No. WD 60528.**

Missouri Court of Appeals,
Western District.

Jan. 28, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 2003.

Application for Transfer Denied
April 22, 2003.

Kent E. Gipson, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John Munson Morris, Nicole Gorovsky, Attorney General Office, Jefferson City, for respondent.

Before PAUL M. SPINDEN, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Shawnell Lawson appeals the circuit court's judgment convicting him of murder in the first degree and armed criminal action. We affirm the judgment. Rule 30.25(b).